USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

**COREN LAW GROUP P.C.**
Attorneys at Law

225 Union Street
Brooklyn, New York 11231

(212) 371-5800
scoren@corenlawgroup.com

January 2, 2020

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *Garcia v. Wheeler*
            1:19-cv-08482-AT

Your Honor:

    As Plaintiff's counsel in the above-noted matter, this will serve to state our application to adjourn *sine die* the dates set by the Initial Pretrial Conference Order as this matter has been ordered to proceed to Mediation (Docket #18) and a mediator is scheduled to be assigned by January 6, 2020.

    Specifically, the Initial Pretrial Conference Order set an Initial Conference for January 9, 2020 at 10:40 AM, and requires a Proposed Civil Case Management Plan and Scheduling Order be filed this date. In light of the mediation, such conference and case management plan appear premature at this time.

    The Court's courtesy and attention are appreciated in advance.

Very truly yours,

Steven M. Coren

---

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for January 9, 2020, is ADJOURNED to **March 9, 2020**, at **12:20 p.m.** By **March 2, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 2, 2020
       New York, New York

ANALISA TORRES
United States District Judge