

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 22, 2020

> Application for adjournment GRANTED IN PART. The Initial Pretrial Conference previously set for May 29, 2020 is CANCELLED. In lieu of a status letter, the parties shall appear for an Initial Pretrial Conference on June 30, 2020 at 3:30 p.m. The conference will proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101. A proposed Case Management Plan and Scheduling Order shall be submitted one week prior to the conference.
>
> 5/26/2020
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

<u>By ECF</u>
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Garcia v. Wheeler*, 19 Civ. 8482 (LJL)

Dear Judge Liman:

    This Office represents Andrew Wheeler as Administrator of the U.S. Environmental Protection Agency ("the Government"), the defendant in the above-referenced employment discrimination case. We respectfully submit this letter seeking a further adjournment of next week's initial pretrial conference, in lieu of a proposed case management plan, because mediation in this matter is ongoing.

    This case was automatically referred for mediation under Standing Order M-10-468 in December 2019. A mediation conference was held February 6, 2020. Since that time, the parties' conversations with the mediator have continued, and the parties are continuing to explore whether a resolution other than litigation may be possible in this case.

    Accordingly, we respectfully request an adjournment of the initial pretrial conference scheduled for May 29, 2020 at 10:00 a.m. Plaintiff previously submitted two requests for adjournment of the conference due to ongoing mediation, which the Court granted. We attempted to consult with Plaintiff before submitting this letter, but we were unable to reach them in time for today's deadline. We propose submitting a further status letter by June 19, 2020.

    We thank the Court for its consideration.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                      By:    /s/ Talia Kraemer
                            TALIA KRAEMER
                            Assistant United States Attorney
                            Tel.:    212-637-2822
                            Fax:    212-637-2702
                            E-mail:    talia.kraemer@usdoj.gov

cc:    Steven M. Coren, Esq., *Attorney for Plaintiff*