UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUZ V. GARCIA,

                      Plaintiff,

     -against-                                   19 CIVIL 8482 (LJL)

## JUDGMENT

MICHAEL S. REGAN, as Administrator of the
United States Environmental Protection Agency,

                      Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2022, the motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 29, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                         **BY:**      *K. Mango*
                                                        **Deputy Clerk**